An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Appellant,
vs.
RONALD DALE SMITH,
Respondent.

No. 65118

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from an order of the district court granting respondent's motion to suppress evidence. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge. We have reviewed the brief filed by the State in support of this appeal, and we conclude that the State has not shown good cause why this appeal should be entertained. *See* NRS 177.015(2). Accordingly, we

ORDER this appeal DISMISSED.

_____ Pickering , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc: Hon. Elliott A. Sattler, District Judge
Attorney General/Carson City
Washoe County District Attorney
Ristenpart Law
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-19273